

ROPES & GRAY LLP
1211 AVENUE OF THE AMERICAS
NEW YORK, NY 10036-8704
WWW.ROPESGRAY.COM

January 23, 2020

Christopher P. Conniff
T +1 212 596 9036
christopher.conniff@ropesgray.com

**BY ECF**

Hon. Naomi Reice Buchwald
Daniel Patrick Moynihan
United States Courthouse
500 Pearl St.
New York, NY 10007-1312

Re:   *United States v. Roberson*, No. 1:19-cr-914

Dear Judge Buchwald,

We are Court-appointed counsel for Marcus Roberson and write to respectfully request a three week adjournment of the upcoming status conference. The conference is currently scheduled for February 11, 2020, at 2:45 PM. We make this request because we need additional time to review discovery and discuss this matter with Mr. Roberson, who is currently detained at the Metropolitan Correctional Center.

As such, we respectfully request that the matter be adjourned until March 4, 2020, or at a subsequent date convenient for the Court. We consent to any exclusion of time under the Speedy Trial Act.

*[handwritten: at 3:30 pm    So Ordered. Naomi Reice Buchwald, USDJ 1/23/20]*

Counsel for the Government has consented to this request.

Regards,

*/s/ Christopher P Conniff*

Christopher P. Conniff