

**ROPES & GRAY LLP**
1211 AVENUE OF THE AMERICAS
NEW YORK, NY 10036-8704
WWW.ROPESGRAY.COM

February 20, 2020

Christopher P. Conniff
T +1 212 596 9036
christopher.conniff@ropesgray.com

**BY ECF**

Hon. Naomi Reice Buchwald
Daniel Patrick Moynihan
United States Courthouse
500 Pearl St.
New York, NY 10007-1312

Re:   *United States v. Roberson*, No. 1:19-cr-914

Dear Judge Buchwald,

We are Court-appointed counsel for Marcus Roberson and write to respectfully request a brief further adjournment of the upcoming status conference. The conference is currently scheduled for March 4, 2020, at 3:30 PM. We make this request for time to review additional discovery we received on February 14 and to discuss this matter with Mr. Roberson, who is currently detained at the Metropolitan Correctional Center. I will also be out of the Country on business the week of March 2.

As such, we respectfully request that the matter be adjourned until March 12 or March 13, 2020, or at a subsequent date convenient for the Court. This is our second request for an adjournment.

We consent to any exclusion of time under the Speedy Trial Act, and counsel for the Government has consented to this request.

Regards,

*/s/ Christopher P. Conniff*

Christopher P. Conniff

*[Handwritten annotation:]* The conference is adjourned until March 12, 2020 at 2:45. Speedy trial time excluded.

*Naomi Reice Buchwald, USDJ*
2/24/20