UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------X

UNITED STATES OF AMERICA,

       - against -

MARCUS ROBERSON,

          Defendant.
-------------------------------X

**MEMORANDUM**

19 Cr. 914 (NRB)

**NAOMI REICE BUCHWALD**
**UNITED STATES DISTRICT JUDGE**

The Court has reviewed the parties' submissions related to the defendant's motion to suppress. In the defendant's reply memorandum, the defendant proposed that the Government submit affidavits in support of the position that the officers in fact knew of the outstanding arrest warrant for Mr. Roberson when they stopped and arrested him. See ECF No. 31 at 4 n.1. Without suggesting that the Government is required to submit affidavits before a hearing may be held, given the Court's inability, due to the COVID-19 pandemic, to promptly hold a hearing on the suppression motion as proposed by the Government, see ECF No. 28 at 3, the Court has concluded that the submission of affidavits from the arresting officers or those from whom the officers assert they received information about Mr. Roberson, could be of assistance to the Court in resolving the pending motion.

Dated:     New York, New York
            May 26, 2020

NAOMI REICE BUCHWALD
UNITED STATES DISTRICT JUDGE