

**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

*The Silvio J. Mollo Building*
*One Saint Andrew's Plaza*
*New York, New York 10007*

August 25, 2020

**BY ECF**

The Honorable Naomi R. Buchwald
United States District Judge
Southern District of New York
500 Pearl Street
New York, New York 10007

> Application granted.  A status conference
> is scheduled for October 7, 2020 at 10:30
> am.  Speedy trial time is excluded until
> October 7, 2020. SO ORDERED.
>
> NAOMI REICE BUCHWALD
> UNITED STATES DISTRICT JUDGE
>
> Dated: August 26, 2020

Re:  *United States v. Marcus Roberson*, 19 Cr. 914 (NRB)

Dear Judge Buchwald:

Following the defendant's withdrawal of his motion to suppress (ECF No. 38), the parties jointly write to request that the Court set a status conference in early October 2020.

If the Court sets such a conference, the Government requests that time be excluded under the Speedy Trial Act, 18 U.S.C. § 3161(h)(7)(A), from August 25, 2020 until the conference date set by the Court.  Pursuant to 18 U.S.C. § 3161(h)(1)(D) and (H), time has been excluded by virtue of the filing of the defendant's motion, and the Court's consideration thereof, until the withdrawal of the motion on August 21, 2020.  The Government respectfully submits the proposed exclusion would allow the parties to engage in discussions concerning a pre-trial disposition and would be in the interest of justice.  Defense counsel has consented to this request.

Respectfully submitted,

AUDREY STRAUSS
Acting United States Attorney

By: _____
Elinor L. Tarlow / Emily A. Johnson
Assistant United States Attorneys
(212) 637-1036 / 2409

cc: Christopher P. Conniff, Esq. (via ECF)