

**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

*The Silvio J. Mollo Building*
*One Saint Andrew's Plaza*
*New York, New York 10007*

September 30, 2020

```
The status conference is
adjourned until October 19,
2020. Speedy Trial Time is
excluded until October 19,
2020.

SO ORDERED.

                    [signature]
             NAOMI REICE BUCHWALD
          UNITED STATES DISTRICT JUDGE

Date: New York, New York
         October 1, 2020
```

**BY ECF**

The Honorable Naomi R. Buchwald
United States District Judge
Southern District of New York
500 Pearl Street
New York, New York 10007

Re:   *United States v. Marcus Roberson*, **19 Cr. 914 (NRB)**

Dear Judge Buchwald:

Your Honor's chambers has advised counsel that the status conference currently scheduled for October 7, 2020 will be adjourned to October 19, 2020.

The Government requests that time be excluded under the Speedy Trial Act, 18 U.S.C. § 3161(h)(7)(A), from October 7, 2020 until October 19, 2020. The Government respectfully submits the proposed exclusion would allow the parties to engage in discussions concerning a pre-trial disposition and would be in the interest of justice. Defense counsel has consented to this request.

Respectfully submitted,

AUDREY STRAUSS
Acting United States Attorney

By: _____[signature]_____
Elinor L. Tarlow / Emily A. Johnson
Assistant United States Attorneys
(212) 637-1036 / 2409

cc: Christopher P. Conniff, Esq. (via ECF)