

ROPES & GRAY LLP
1211 AVENUE OF THE AMERICAS
NEW YORK, NY 10036-8704
WWW.ROPESGRAY.COM

February 19, 2021

Christopher P. Conniff
T +1 212 596 9036
christopher.conniff@ropesgray.com

**BY ECF**

Hon. Naomi Reice Buchwald
Daniel Patrick Moynihan
United States Courthouse
500 Pearl St.
New York, NY 10007-1312

> Application granted. Defendant's submission is due no later than April 28, 2021.  The government's submission is due no later than May 5, 2021. Sentencing is scheduled for May 12, 2021.
>
> SO ORDERED.
>
> NAOMI REICE BUCHWALD
> UNITED STATES DISTRICT JUDGE
>
> Dated: New York, New York
>        February 22, 2021

Re:    Sentencing Adjournment Request; *United States v. Marcus Roberson*, No. 1:19-cr-914

Dear Judge Buchwald:

      We submit this letter on behalf of our client, Marcus Roberson, to respectfully request an adjournment of Mr. Roberson's sentencing in the above-referenced matter.  The sentencing is currently scheduled for March 10, 2021.

      Mr. Roberson requests this adjournment because he would like to appear in person for this proceeding and understands that in-person court proceedings are delayed due to the ongoing Covid-19 pandemic. We understand from Your Honor's chambers that the Court will schedule the sentencing as soon as practicable, but it may not occur until May 2021. We also request that the filing of our sentencing submission also be adjourned until a sentencing date is set.  This is Mr. Roberson's first request for an adjournment.

      The government has no objection to Mr. Roberson's request.

Respectfully submitted,

/s/ *Christopher P. Conniff*

Christopher P. Conniff

cc:  Elinor Lynn Tarlow, Assistant United States Attorney; Emily Anne Johnson, Assistant United States Attorney